CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

FEB 07 2012

JULIA C. ___, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHNATHEN FREEMAN, II, ) | |
|     Petitioner, ) | Civil Action No. 7:12-cv-00060 |
| ) | |
| v. ) | FINAL ORDER |
| ) | |
| COMMONWEALTH OF VIRGINIA, ) | By: Samuel G. Wilson |
|     Respondent. ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby it hereby **ORDERED** that this case is **DISMISSED**, Freeman's motion to proceed *in forma pauperis* (Docket No. 2) is **DISMISSED** as moot, and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this order to petitioner.

**ENTER:** This 7th day of February, 2012.

_____
United States District Judge